UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARIA GALLAGHER, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>JAID HOSPITALITY DEVELOPMENT LLC, a Texas Limited Liability Company, d/b/a La Quinta Inn by Wyndham San Antonio Vance Jackson,<br><br>Defendant. | §<br>§<br>§<br>§<br>§   CASE NO: 5:20-CV-717-XR<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

_____

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, Maria Gallagher, Individually, by and through her undersigned attorneys and informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

1.  The Plaintiff requests that pursuant to a Court Order, that the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a Joint Stipulation for Dismissal With Prejudice, or, on good cause shown, to re-open the case for further proceedings.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **12th** day of **February. 2021**, a true and correct copy of the foregoing was filed with the Clerk of the Court via the Court's CM/ECF System, which will automatically send a Notice of Electronic Filing to Attorneys for Defendant, Grant M. Gaines, Esq., ggaines@patelgaines.com, Patel Gaines, 2030 N. Loop 1604 W. Suite 200, San Antonio, TX 78248.

Respectfully submitted,

**/s/John P. Fuller**
John P. Fuller, Esq., *Attorney in Charge*
Fuller, Fuller & Associates, P.A.
FL Bar No. 0276847
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone (305) 891-5199
Facsimile  (305) 893-9505
jpf@fullerfuller.com
and
Ronald J. Smeberg, Esq.
Muller Smeberg, PLLC
111 W. Sunset Road
San Antonio, TX 78209-2632
Telephone  (210) 664-5000
Facsimile   (210) 598-7357
ron@muller-smeberg.com
*Attorneys for Plaintiff*