UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARIA GALLAGHER, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> JAID HOSPITALITY DEVELOPMENT LLC, a Texas Limited Liability Company, d/b/a La Quinta Inn by Wyndham San Antonio Vance Jackson, <br><br> Defendant. | CASE NO: 5:20-CV-717-XR |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully Submitted,

_____
John P. Fuller, Esq. *(Attorney in Charge)*
FL Bar No: 0276847
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
and
Ronald J. Smeberg, Esq. *(Attorney in Charge)*
TX Bar No: 24033967
Muller, Smeberg, PLLC
111 W. Sunset Road
San Antonio, TX 78209-2632
Telephone: (210) 664-5000
Facsimile: (210) 598-7357
ron@muller-smeberg.com
*Attorneys for Plaintiff*

Date: 3/16/2021

_____
Grant M. Gaines, Esq.
TX Bar No: 24074241
Patel Gaines, PLLC
2030 N. Loop 1604 W. Suite 200
San Antonio, TX 78248
Telephone: (210) 460-7787
Facsimile: (210) 460-7797
ggaines@patelgaines.com
*Attorneys for Defendant*

Date: 3/19/2021